**UNITED STATES BANKRUPTCY COURT**

Southern District of Florida
www.flsb.uscourts.gov

| | |
|---|---|
| In Re:<br>Outta Control Sportfishing, Inc. | Case Number 22-12081-PDR<br>Chapter 11<br>Subchapter V |
| Debtor(s) / | |

**CHAPTER 11 CASE MANAGEMENT SUMMARY**

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, Outta Control Sportshing, Inc., files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): 3/16/22

2. Names, case numbers and dates of filing of related debtors:

   Ralph Hawkins, Case No.  22-12044-SMG, 3/16/22

3. Description of debtor's business:   Charter business for sport fishing

4. Locations of debtor's operations and whether the business premises are leased or owned:

   5398 North Ocean Drive,
   Hollywood, FL 33019-4401

5. Reasons for filing chapter 11: Need to reorganize due to large amount of debt that is in dispute

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:   Ralph Hawkins, President, 9/21 to present approximately $60,000

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition: YTD approximately $115,350; 2021 approximately $211,080

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations:

      Internal Revenue Service  TBD

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and

      Amberjack Cruises, LLC:  $300,000; collateral: American Patriot vessel; value TBD

      L.E.T. Holding of Hollywood, LLC: **DISPUTED** $3,024,944.99 (2nd position); collateral American Patriot vessel; value TBD

      Fourchon Charters, LLC $290,000: collateral: Super Sea Legs vessel; value TBD

   c. Amount of unsecured claims:  TBD

9. General description and approximate value of the debtor's assets:

   American Patriot vessel 592015; value TBD
   Super Sea Legs vessel 1074262; value TBD
   Cash on hand; value $3,400
   Checking account:; value $2,600
   Savings account; value $133,000
   Bait; value $300
   Boating equipment; value $5,000
   Apple I-Phone; value $100
   Domain names; value $100
   Gulf permits: NOAA Reef Fish, NOAA Peligic and Higlly Migratory Species; value $20,000

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires;

    Super Sea Legs vessel 1074262: in process of obtaining coverage

    American Patriot vessel 592015: attempting to confirm custodian obtained coverage on vessel, if any.

    American Patriot vessel 592015: Concept Special Risks CSRYP/209529; $300,000 hull coverage; liability $5,000,000; current; effective date 1/3/22; expiration date 1/3/23

11. Number of employees and amounts of wages owed as of petition date: 1

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): TBD

13. Anticipated emergency relief to be requested within 14 days from the petition date: Emergency Motion for Turnover [ECF #7]

| | |
|---|---|
| | /s/ Ralph Hawkins |
| | Signature |
| | President |
| | (Name of Corporate Officer or Authorized Representative) |
| | /s/ Richard R. Robles |
| | Signature |
| | Richard R. Robles, Esquire 0088481 |
| | 905 Brickell Bay Drive |
| | Suite 228 |
| | Miami, FL 33131 |
| | Miami FL 33131-0000 |
| | Name and Address of Debtor's Attorney |
| | 0088481 FL |
| | Florida Bar No. |

Attach or file separately a Local Rule 2002-1(F) certificate of service reflecting manner and date of service on all affected parties.