

**ORDERED in the Southern District of Florida on June 27, 2022.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                       Case No. 22-12081-PDR
                                                                     Chapter 11

Outta Control Sportfishing, Inc.

         Debtor

_____/

**ORDER GRANTING *EX PARTE* MOTION TO SHORTEN NOTICE OF HEARING ON**
**<u>SUB V TRUSTEE'S FEE APPLICATION (DE 99)</u>**

**THIS MATTER** came before the court upon the *Ex Parte* Motion to Shorten Notice of

Hearing on the Sub V Trustee's Fee Application (the "Motion")(DE 99). The Court having

reviewed the Motion, it is

         **ORDERED** as follows:

1.  The Motion is **GRANTED**.

2.  The hearing on the Sub V Trustee's First and Final Fee Application (DE 98),

     shall be held as detailed in the underlying Notice of Hearing on the foregoing

     fee application.

Page 1 of 2

### 

Submitted By:

Tarek Kiem
Subchapter V Trustee
P.O. Box 541325
Greenacres, FL 33454
Telephone: (561)600-0406
Facsimile:  (561)763-7355
Email: trustee@kiemlaw.com

Trustee Tarek Kiem shall serve a copy of the signed order on all interested parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).